IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

| | |
|---|---|
| **WINSTON & STRAWN LLP** <br><br> Plaintiff, <br><br> v. <br><br> **MID-ATLANTIC ARENA, LLC and ESG ENTERPRISES, INC.** <br><br> Defendant. | Civil Action No. 18-cv-11430 <br><br> **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS MID-ATLANTIC ARENA, LLC AND ESG ENTERPRISES, INC.** |

-----------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 1.4, that Pierce McCoy, PLLC shall be substituted in place and stead of Cooley LLP as counsel of record for defendants Mid-Atlantic Arena, LLC and ESG Enterprises, Inc. (the "Defendants") in the above-captioned matter. Defendants knowingly and voluntarily approve of this substitution of counsel.

Dated: December 1, 2020                                            Dated: December 1, 2020


/s/ Cullen D. Speckhart                                                 /s/ Jonathan A. Grasso
Cullen D. Speckhart (NY Bar No. 4871299)              Jonathan A. Grasso (NY Bar No. 5622824)
Cooley LLP                                                                    Pierce McCoy, PLLC
1299 Pennsylvania Ave. NW Suite 700                      31 West 34th Street, Suite 8065
Washington, DC 20004                                               New York, New York 10001
Telephone: (202) 776-2052                                         Telephone: (212) 369-8080
cspeckhart@cooley.com                                             jon@piercemccoy.com
*Outgoing Counsel for Defendants*                           *Incoming Counsel for Defendants*


SO ORDERED:
December _____, 2020

_____
United States District Judge