UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WINSTON & STRAWN LLP,

                Plaintiff,

-against-                                 18 **CIVIL** 11430 (CM)

**JUDGMENT**

MID-ATLANTIC ARENA, LLC,
ESG ENTERPRISES, INC.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 19, 2021, the motions of MAA and ESG are granted and the complaint is dismissed. This dismissal is of course without prejudice to JPMorgan's ability to sue to recover any attorney's fees that it pays to Winston.

**Dated:**  New York, New York

       July 19, 2021

                                                      **RUBY J. KRAJICK**
                                                      Clerk of Court
                                    BY:
                                                        Deputy Clerk